IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

STEPHEN SEEGER, *et al.*,      )
                         )
         Plaintiffs,     )
                         )   CASE NO. 3:08-CV-724-WKW
         v.           )
                         )
CHASE MANHATTAN AUTOMOTIVE  )
FINANCE CORP., *et al.*,     )
                         )
        Defendants.    )

## <u>ORDER</u>

Before the court is a Stipulation for Dismissal with Prejudice of Equifax Information Services, LLC ("Equifax") (Doc. # 58), filed by Plaintiffs Stephen and Priscilla Seeger and Equifax, which the court construes as a motion for the court's dismissal, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Upon consideration thereof, it is ORDERED that the motion is GRANTED, and that Plaintiffs' claims against Equifax are DISMISSED with prejudice, with the parties to bear their own costs.

There being no remaining claims or parties in this action, the Clerk of the Court is DIRECTED to close this case.

DONE this 11th day of February, 2010.

                                     /s/  W.  Keith Watkins
                               UNITED STATES DISTRICT JUDGE